IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    4:08-CR-00323-01-BRW

XAVION OMOWARE

## ORDER

Pending is the Government's Motion for Destruction of Firearm (Doc. No. 55), in which the Government asks me to enter an order authorizing the destruction of one HI Point .38 caliber handgun, Model CF380, Serial Number P8111810.

Based on the Government's motion, the Court directs the Federal Bureau of Investigation to dispose of the above described firearm pursuant to its standard procedures, including destruction or designation for official use of the agency.

IT IS SO ORDERED this 6th day of June, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE