IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                    4:08-CR-00323-01-BRW

XAVION OMOWARE                                                                              DEFENDANT

## ORDER

Pending is the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. No. 57). The Motion is GRANTED.

Accordingly, the revocation hearing scheduled for July 18, 2013, is continued until the parties request that it be reset.

IT IS SO ORDERED this 15th day of July, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE