# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                  4:08-CR-00323-01-BRW

**XAVION OMOWARE**

## ORDER

The Government's unopposed Motion to Dismiss Revocation of Supervised Release Petition (Doc. No.64) is GRANTED. Accordingly, all pending motions to revoke the supervised release of Defendant (Doc. Nos. 45, 47, 51) are DISMISSED.

IT IS SO ORDERED this 10th day of December, 2013.

                                         /s/Billy Roy Wilson
                                 UNITED STATES DISTRICT JUDGE